## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Stanford B. Gauthier, II
Attorney at Law
1405 West Pinhook Rd, Ste 105
Lafayette La 70503

Michael G. Johnson, II
Attorney at Law
1405 W. Pinhook Road, Ste 105
Lafayette LA 70503


### REHEARING ACTION: March 28, 2012


**Docket Number: 11   00830-CA**

**SUCCESSION OF ACHILLE BIJEAUX**
**VERSUS**
**MILDRED BOURQUE BROYLES, ET AL.**

**Appealed from Lafayette Parish Case No. C-20053771**


**BEFORE JUDGES:**

    Hon. Sylvia R. Cooks
    Hon. John D. Saunders
    Hon. Shannon J. Gremillion


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Succession of Achille Bijeaux** has this day been

    **DENIED.**
    Saunders, J., would grant rehearing.


cc: David John Calogero, Counsel for the Appellee
    Larry E. Mobley, Counsel for the Appellee
    James Patrick MacManus, Counsel for the Appellee
    Kurt D. Duncan, Counsel for the Appellee